UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                           Proceeding Date: May 4, 2023

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                          DOCKET NO. 21cv20402(CPO/AMD)
**Rachel Ann Philbin**
  v.
**Brett Dinovi and Associates, LLC**

**APPEARANCES:**
David Cedar, Esq. and Christopher Markos, Esq. for plaintiff
Christopher Seelinger, Esq. for defendant

**NATURE OF PROCEEDINGS:**    Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Hearing on application by plaintiff for an extension of the discovery deadline
Ordered application granted
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 12:03 p.m. Time Adjourned: 12:17 p.m. Total time: 14 mins.